STATE OF NORTH CAROLINA v. RONALD MOSS THOMPSON

No. 7019SC266

(Filed 27 May 1970)

APPEAL by defendant from *Martin, (Robert M.), S.J.,* October 1969 Session, CABARRUS Superior Court.

STATE v. DIXON

The defendant was tried on a bill of indictment containing three counts: (1) felonious breaking and entering of Ritchie Hardware Co., Inc., on 13 January 1969, (2) felonious larceny of merchandise from said hardware company, and (3) receiving stolen merchandise. The State dropped the charge contained in the third count. The defendant entered a plea of not guilty as to the first two counts in the bill of indictment. The jury returned a verdict of guilty as to both counts; and from a judgment of imprisonment, the defendant appealed.

*Attorney General Robert Morgan by Staff Attorney (Mrs.) Christine Y. Denson for the State.*

*Johnson, Davis and Horton by Clarence E. Horton, Jr., for defendant appellant.*

CAMPBELL, J.

The record on appeal contains no evidence or assignments of error. Mr. Horton, by affidavit appearing in the record, states that he was not an attorney at the trial of the case and was assigned only to assist on the appeal. He further advises that the court reporter had lost her notes and for that reason no testimony was available to him. The record discloses that in addition to Mr. Horton, the attorney who represented the defendant at the trial was likewise assigned to perfect the appeal. No valid justification has been made as to why the record does not contain assignments of error in compliance with the rules of this Court.

We have viewed the record as it presently appears, and it is free of error.

No error.

PARKER and VAUGHN, JJ., concur.